UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

JASON GOODWILL,

       Petitioner,               Case No. 2:19-cv-162

v.                                      Honorable Paul L. Maloney

JASON THIBEAULT,

       Respondent.
_____/

## **JUDGMENT**

In accordance with the order entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for failure to cure a deficiency.


Dated:  October 22, 2019                    /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                        United States District Judge